236 So.2d 228

**Jeff Frank WHITE, Jr.**

v.

**STATE of Louisiana et al.**

No. 50672.

June 19, 1970.

Application denied. In view of the return of the judge and attached letter showing that the detainer for relator has been released, the complaint is now moot.